

ACCEPTED
03-13-00790-CV
8142557
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/8/2015 3:21:39 PM
JEFFREY D. KYLE
CLERK

## IKARD GOLDEN JONES PC

December 8, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/8/2015 3:21:39 PM
JEFFREY D. KYLE
Clerk

*Via e-filing*

Jeffrey D. Kyle
Clerk of the Third Court of Appeals
THIRD COURT OF APPEALS
209 West 14th Street, Room 101
Austin, Texas 78701

> Re:   **Cause No. 03-13-00790-CV**, Trial Court No. D-1-GN-07-002328; *T. Mark Anderson, as Co-Executor of the Estate of Ted M. Anderson, and Christine Anderson, as Co-Executor of the Estate of Ted M. Anderson v. Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer,* In the Court of Appeals for the Third District of Texas at Austin, Texas

Dear Mr. Kyle:

In response to the Court's December 3, 2015 letter, please be advised that Laurie Ratliff will present oral argument for Appellees/Cross-Appellants on January 27, 2016 at 9:00 a.m.

Very truly yours,

Laurie Ratliff

LR/tm

CC:   Clients
      Scott R. Kidd, *via e-mail*

T:\ARCHER 3 2007 TORTIOUS INTERFERENCE\APPEAL\CORRESPONDENCE\2015-12-08 Ltr to Clerk re Oral Argument.doc